UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHAEL A. SIMS**                                                                                           **CIVIL ACTION**

**versus**                                                                                                           **NO. 12-409**

**COOPER, ET AL.**                                                                                          **SECTION: "H" (1)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that petitioner's "Application to Amend and Clarify to 28 U.S.C. § 2241(c)(3)," Rec. Doc. 9, is **GRANTED** and the petition is deemed amended and clarified as set forth in that motion.

**IT IS FURTHER ORDERED** that petitioner's federal application is hereby recharacterized as a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" and **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that petitioner's motion for a writ of habeas corpus ad

testificandum, Rec. Doc. 10, and motion for a speedy hearing, Rec. Doc. 11, are **DENIED AS MOOT**.

New Orleans, Louisiana, this 7th day of November, 2012.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**